# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF KENTUCKY

| UNITED STATES OF AMERICA | | | | | **WITNESS LIST** |
|---|---|---|---|---|---|
| V. | | | | | |
| MAURICE A. TAYLOR a/k/a Wee Wee | | | | | Case Number: 5: 21-CR-101-DCR-1 |

| PRESIDING JUDGE Chief Judge Danny C. Reeves | PLAINTIFF'S ATTORNEY Roger West | DEFENDANT'S ATTORNEY Gayle Slaughter/Matthew Boyd |
|---|---|---|
| TRIAL DATE (S) January 12, 2023 - Sentencing Hearing | COURT REPORTER Linda Mullen | COURTROOM DEPUTY Lisa Moore |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF WITNESSES |
|---|---|---|---|---|---|
| W1 | | 01/12/23 | | | **Witness: Shad Aaron Wilson - codefendant** |
| W2 | | 01/12/23 | | | **Witness: Tannare Cornelius Brown - codefendant** |
| W3 | | 01/12/23 | | | **Witness: Ouisha Simone Talbert - codefendant** |
| W4 | | 01/12/23 | | | **Witness: Raeshawna Michelle Campbell – codefendant** |

\* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of ___1___