UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
(at Lexington)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | Criminal Action No. 5: 21-101-DCR |
| Plaintiff/Respondent, | ) | and |
| | ) | Civil Action No. 5: 24-384-DCR-EBA |
| V. | ) | |
| | ) | |
| MAURICE A. TAYLOR, | ) | **ORDER** |
| | ) | |
| Defendant/Movant. | ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

Defendant/Movant Maurice Taylor filed a motion pursuant to 28 U.S.C. § 2255, arguing ineffective assistance of counsel. [Record No. 337] Specifically, he claimed that his attorney failed to provide him accurate information concerning his ability to seek expungement of state convictions to reduce his criminal history points for sentencing. [Record Nos. 337 and 339] The matter was referred to Magistrate Judge Edward B. Atkins who, upon the United States' request, scheduled an evidentiary hearing on Taylor's claims. [Record No. 352]

But before that hearing commenced, the Commonwealth of Kentucky moved to vacate Taylor's order of expungement which was the basis of all four claims asserted in the § 2255 motion. [Record No. 353] As a result, Taylor moved to stay and for vacatur of the hearing because if his expungement was undone, his 28 U.S.C. § 2255 claims would collapse. *Id.* Magistrate Judge Atkins granted Taylor's unopposed motion. [Record No. 356]

Then on July 31, 2025, Fayette Circuit Court Judge Thomas L. Travis granted the Commonwealth's motion to set aside the expungement, finding that Taylor did not qualify since he was in federal prison at the time he tendered an application for expungement. [Record

- 1 -

No. 363]  As a result, Taylor moved to voluntarily withdraw his pending 28 U.S.C. § 2255

"motion without prejudice to refiling a first § 2255 motion at any time permitted by law in the

future." [Record No. 365]

Being sufficiently advised, it is hereby **ORDERED** as follows:

1.       Defendant/Movant Taylor's motion to withdraw his 28 U.S.C. § 2255 motion

[Record No. 365] is **GRANTED.**

2.       Defendant/Movant Taylor's 28 U.S.C. § 2255 motion [Record No. 337] is

**DENIED**.

Dated: September 8, 2025.

Danny C. Reeves, District Judge
United States District Court
Eastern District of Kentucky